PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.   ) | **Docket Number: 2:01CR00077-02** |
| ) | |
| **GILBERT TREJO** ) | |
| ) | |

On February 12, 2004, the above-named was placed on supervised release for a period of five years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/   Kris M. Miura

**KRIS M. MIURA
United States Probation Officer**

Dated:    July 24, 2008
          Sacramento, California
          KMM:jz


**REVIEWED BY:**     /s/   Kyriacos M. Simonidis
                    **KYRIACOS M. SIMONIDIS
                    Supervising United States Probation Officer**


Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:   Gilbert TREJO**
**Docket Number:   2:01CR00077-02**
**ORDER TERMINATING SUPERVISED RELEASE**
<u>**PRIOR TO EXPIRATION DATE**</u>

---

### ORDER OF COURT

It is ordered that Gilbert Trejo be discharged from supervised release, and that the proceedings in the case be terminated.

| | |
|---|---|
| <u>    7/25/2008               </u> | <u>/s/ John A. Mendez         </u> |
| **Date** | **JOHN A. MENDEZ** |
| | **United States District Judge** |

Attachment:   Recommendation
cc:   United States Attorney's Office